IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMILIO RUIZSORIANO,

Plaintiff,

v.                                                      No. 13-0283-DRH

HEATHER A. MCCRACKEN,

Defendant.

## ORDER

**HERNDON, Chief Judge:**

Today, the parties filed a stipulation of dismissal with prejudice (Doc. 20). Based on the stipulation, the Court **DISMISSES with prejudice** this cause of action which each party to bear its own costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 22nd day of July, 2013.

Digitally signed by
David R. Herndon
Date: 2013.07.22
15:42:12 -05'00'

Chief Judge
United States District Court