UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

EMILIO RUIZSORIANO,

    Plaintiff,

v.

HEATHER A. MCCRACKEN,

    Defendants.                     No. 13-cv-283-DRH

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court pursuant to the Stipulation of Dismissal filed on May 16, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on July 22, 2013, this case is **DISMISSED** with prejudice.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT

                                    BY:    /s/*Sara Jennings*
                                               Deputy Clerk

**Dated:**  July 22, 2013

Digitally signed by David R. Herndon
Date: 2013.07.22 15:44:06 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT